Lynne L. Bentley, Esq. (SBN 138389)
BORTON PETRINI, LLP
95 South Market Street, Suite 400
San Jose, California 95113-2301
Telephone (408) 535-0870
Facsimile (408) 535-0878
e-mail: lbentley@bortonpetrini.com

Attorneys for Defendant KNOWLEDGE UNIVERSE EDUCATION, LLC, fka KNOWLEDGE LEARNING CORPORATION, incorrectly sued as KINDERCARE-KNOWLEDGE LEARNING CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA D. ABSTON,<br><br>Plaintiff,<br><br>v.<br><br>KINDERCARE-KNOWLEDGE LEARNING CORPORATION,<br><br>Defendants. | Case No. 3:13-CV-02689-LB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff VERNA D. ABSTON and Defendants KNOWLEDGE UNIVERSE EDUCATION, LLC, fka KNOWLEDGE LEARNING CORPORATION, incorrectly sued as KINDERCARE-KNOWLEDGE LEARNING CORPORATION, the parties to this action and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action be dismissed with prejudice in its entirety pursuant to the terms of the Confidential Settlement Agreement and General Release of All Claims.

Dated: August 16, 2013

By _/s/ Verna Abston_
VERNA B. ABSTON
Plaintiff

h:\59270\67981\pleadings\stipulation for dismissal.docx

1

STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1 | Dated: ~~August~~ Sept. 3, 2013           BORTON PETRINI, LLP

By _____
LYNNE L. BENTLEY
Attorneys for Defendant KNOWLEDGE UNIVERSE EDUCATION, LLC, fka KNOWLEDGE LEARNING CORPORATION, incorrectly sued as KINDERCARE-KNOWLEDGE LEARNING CORPORATION

### ORDER

IT IS SO ORDERED. The Clerk shall close this file.

DATED this 4th day of September, 2013

_____
UNITED STATES DISTRICT JUDGE